UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| THOMAS BRADY RICHARDSON, ) ) Plaintiff, ) ) v. ) ) SHERIFF JIMMY BROWN, et al., ) ) Defendants. ) | No. 1-13-00155 Senior Judge Haynes |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 45) to grant Defendants' motion for summary judgment (Docket Entry No. 33). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motion for summary judgment (Docket Entry No. 33) is **GRANTED.** This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ____ day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge